**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SEAN M. | : |
| | : |
| v. | : No. 25-CV-4533 |
| | : |
| FRANK BISIGNANO, | : |
| Commissioner of Social Security | : |

**O R D E R**

AND NOW, this 5th day of February 2026, it is hereby ORDERED that Claimant's

Request for Review is DENIED, and JUDGMENT IS ENTERED in favor of Defendant;

The Clerk of Court is hereby directed to mark this case as CLOSED.

BY THE COURT:

*/s/ Scott W. Reid*

_____
SCOTT W. REID, J.
UNITED STATES MAGISTRAGE JUDGE